Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000708
13-JAN-2016
08:16 AM

NO. CAAP-15-0000708

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
IOANE J. TEVES, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 14-1-0910(2))

ORDER GRANTING THE JANUARY 8, 2016
MOTION TO WITHDRAW NOTICE OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellant State of Hawaii's (Appellant) January 8, 2016 Motion to Withdraw Notice of Appeal (Motion), which the court construes as a motion to dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b), Defendant-Appellee Ioane J. Teves' January 8, 2016 Statement of No Objection to the Motion, the papers in support, and the record, it appears that (1) the appeal was docketed on November 30, 2015; (2) Appellant seeks to dismiss the appeal because it decided not to pursue the appeal; and (3) HRAP Rule 42(b) authorizes the court to dismiss a docketed appeal upon a motion.

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, January 13, 2016.

Presiding Judge

Associate Judge

Associate Judge